Joseph Felix Brandon – Josh – has been one of my closest friends for most of my adult life. We met in college, initially finding the other one irritating and annoying. That changed over time and acts of loyalty and solidarity. We have seen each other through most of life's milestones – graduations and jobs, relationships starting and relationships ending, deaths of loved ones, career changes and geographical moves. Josh was one of three friends who traveled from out-of-state for my ordination in 2022. We have grown into our adult selves together.

I was mortified when I learned of the charges to which Josh has now pleaded guilty. This revelation was so far removed from the Josh I have known. The last year has been hard and complicated. This man has saved my life on more than one occasion; the converse is also true. AND as a minister and a sexual assault survivor, I side with victims as a default. It's part of the reason it's been hard to write this letter. Whatever I say here becomes a matter of public record. I recognize that this could impact my ability to be seen as a safe person for SA survivors. I've wrestled with this.

Josh had confessed to committing crimes against society and against one young woman in particular. He owes a debt to society, AND I don't believe this to be indicative of who he is in totality. In fact, I know it's not. He is intelligent and funny, deeply empathetic and a survivor of multiple traumas himself. I've had a front row seat for a lot of it. That doesn't excuse anything he has done. It has made me, perhaps, more empathetic to my old friend.

During my first year of seminary a scandal affected a satellite member of the community. It was horrifying for much of the larger school community who had known the alleged perpetrator. I didn't know the individual but two of my professors did. One cried a lot; one went and sat behind the alleged perpetrator at his arraignment. The professor who went said they didn't go because they thought what he did was okay; they went because Matthew 25 calls us to visit the imprisoned. It doesn't call us to excuse or justify or condone but to provide care and humanity to another image-bearer of God's reflection.

That incident has been in my mind as of late. I don't excuse, justify or condone anything to which Josh has pleaded guilty. I do recognize his humanity and the *imago Dei* within him, and I continue to offer him care and recognition of his humanity when we are able to text.

Outside of my pastoral orientation and obligations, I testify to the help my longtime friend seems to be finding for himself and offering to his fellow inmates. There's something good in him and I pray that his sentence will allow that to continue to grow.


Grace and peace,

Rev. Alyssa Spradlin