Dear Honorable Judge Jarbou,

Thank you for taking the time to read and consider my words and feelings in this matter. I realize nothing I can say will ever lessen the embarrassment, hurt, or potential trauma for those I've hurt. I make no excuses for my behavior, that of which I am so deeply ashamed and regretful. Nothing I do, no amount of time I serve, can make it right or undue that damage. I take full responsibility for my actions, my choices, and for what lead me to stand before you. Please know that I would give anything to go back in time and change things. However, like the addictive and compulsive tendencies that contributed to this, over that too, I am powerless. While I offer no excuses, there are some explanations that have become clear to me this last year. First, though, I would like to share with you why I am eternally grateful this happened to me.

Like the hymn says, "I was sinking deep in sand, far from the peaceful shore." Several years ago, I allowed temptation to take over during a depressed, confusing, and vulnerable unstable period of my life. I struggled with feelings I did not want to have for someone I should have known better than to feel them for and, not knowing who or where to turn for a safe haven. I turned to the wrong place - sin. That sin introduced me to someone online who groomed me, enabled me, and pushed me into the choices that would haunt me for years to come. I am not shifting blame. Ultimately, I am the one who step by step, chose the actions that would decide my fate. What I pray you can see from that is this is not who I was or what I wanted to be. But God [God does not tempt James 1:11] was testing me, I believe, and I failed. I failed over and over. I failed to turn to Jesus to ask for help in the beginning. I failed to understand God's forgiveness and enduring love for me, despite my sin. So, I felt so ashamed and unworthy when I crossed a line I could not come back from. When I first betrayed my best friend and the love of my life - my now ex-wife, and minor victim one I felt like I had sold my soul. I hated myself so much from that moment on. Like Adam and Eve in Genesis Chapter 3, when I heard God ask, "Where are you, Josh?" I hid from him. I was naked and ashamed. I knew what I had done was unforgiveable and I did not know how to repent. While this arrest has been humiliating and my inevitable imprisonment frightening, your Honor, it fails in comparison to the prison I've been trapped in for nearly a decade.  Looking at my loved ones every day, knowing how I wronged them, was a different kind of hell on earth. Then, feeling unworthy of God, I felt so alone and depressed to the point that the sin became a comfort. The rush, the attention, however I could numb my own pain even if it was sinking deeper in sin, drifting so far from the peaceful shore it was nearly out of my view forever. You see, I am grateful I got caught. I am regretful for the ripple effects of my uphorant and sexual immoral actions. I hurt for those I've hurt. I will carry that guilt, shame, and remorse with me all the days of my life. But this experience delivered me back into the arms of Jesus and for that I am thankful.

This spiritual journey, back to Christ, is something I needed. In September 2023, while on vacation on the Gulf Coast, I was swept out in the undertow and nearly drown. God saved me that day and I am grateful. Had I died, I would not have reconciled with my daughter [who had left home following some mental/emotional struggles] and my soul would have been lost. Still, the guilt of what I had done devoured me. I felt, then, my

MDH
Hills at Law, P.C.
Work Product

1

surviving was a mistake. I allowed depression to grip me and pull me further down, it consumed me. I drifted further and farther from the preventual shore, even though God had delivered me safely to the actual shore. I have an amazingly gifted therapist, and I hope you will allow permission for me to continue with her in prison. But for the desires and secrets I was struggling with, I just did not know how to talk about it then like I can now. Now, through intensive Bible study, prayer, counsel with the Newaygo chaplains, Dwight and Chuck, I am a new creation. Josh Brandon died and what has birthed from that fleshy death is a new man who has seen the error of his ways – both in sinful lust and distancing myself from the spirit. This revelation and transformation do not and should not exonerate me from punishment. In fact, your Honor, I welcome it. He leads me where he needs me and I see clearly his hands of protection and guidance in my life this year. I see the people he has put in front of me to facilitate this change within me and I see just as clear those lives he has empowered me to change through him. That is not something I take lightly. Wherever I am sent, for however long you deem necessary, I will continue his work/my mission/to affect positive change in the lives of others.

Please know, what I have done to my family and friends, those who trusted me and loved me, minor victim one and her family, minor victim two and her family, the minor victim in the conspiracy case and her family, as well as those affected by the cycle of revictimization and trauma just from the possession of the material haunts me. I know I am forgiven by God; I have asked for and accepted his grace. However, I also know I may never receive that from those I hurt, betrayed and used in that manner. I know I certainly won't easily forgive myself – because I know, at my core, I am better than my worst behaviors, habits and human sinful nature.

Lastly, you Honor, I want to express my sincere desire to heal and be a better man. I have suffered a lifetime of unimaginable traumas. I was just scratching the surface of therapy when I was apprehended. This isn't the man I want to be. This isn't the dad I wanted for my daughters. I am asking for your help. I had no idea how deep these issues ran in my family and I want to use the time I'm given to solve this within me and find ways to help others, and society as a whole. This issue is far greater than any one defendant standing before you. However, I also know that there is hope for recovery for me, personally.

This experience has shown me a great deal about myself as well as the harm I've caused. I know the time I am facing potentially, but I am pleading for your grace and mercy, not because I deserve it after what I have done, but because hopefully you, too, can see that I am the sum of all my parts as painful as those may be – and that I am better than my worst sins. Speaking of my sins, I know that what I did, in all charges, violated a trust and betrayed those I care about. I acknowledge the severity of my actions. This is something I never wish to repeat or revisit, not because I got caught, but because of the inner turmoil it caused me and the wreckage it caused in my life, and the lives of others. When I think of "victims" of my actions, I include everyone in that category, not just those listed in the charges against me. Minor ones' mother and family, Minor twos' mother and family, as well as my daughters who will always have their idea of their dad tarnished with unanswerable questions, my recent ex-wife and her family, her professional reputation, the agency who represented me, those associates, colleagues, collaborators and friends who trusted me professionally and personally, the causes I championed and those who

looked to me for support, inspiration, or leadership in my community or on social media, my business clients - the list goes on and on. I am blessed to have family and friends who stand by me despite this, because they know what I hope you see – that I am more than these charges. These factors contribute to my personal deterrence from future reoffending and examining the conditions of my supervised release, I believe those will suffice a need for the protection of society. With strict limits on internet access and electronic devises, along with my experience thus far being incarcerated and watching those who have violated those conditions, I have ever incentive and safeguard necessary to eventually prove myself worthy of living amongst society again. I also believe providing punishment for the offense and rehabilitation to run hand and hand the time I serve will be spent bettering myself just as I have tried to do this past year, learning and growing helping others, and being a mentor, leader and living by example of Jesus. The medical and mental health care I will require to recover and heal from this will take some time. The classes and programs I will want to take advantage of will benefit me and others. The end result will be a well-rounded, better, fuller version of the broken mess who was arrested April 30, 2025. Given my age and health factors, I ask you to consider a sentence that is reasonable and just, that honors the impact of the victims, that sends a proper message to others, while still allowing me the chance there is redemption for even my behaviors.

Your honor, I need that redemption story. My daughters need that redemption story. And there are others out there who need to know America is about redemption, hope, and faith in recovery – not just about a punitive solution to a seemingly insurmountable problem. And, your Honor, there are solutions that are not wholly punitive – that can truly help those affected by this behavior. We proved with the TikTok ban in 2025 how easy it is for the U.S. Government to insist companies comply with our values. We can do the same with Snapchat, Discord, Instagram, Facebook, etc. Shut them down until they impose safeguards to protects minor and prevent them from accessing those apps and prevent adults from having access to minors through them. There is much I have learned and would love to share to help protect others form experiencing trauma.

Again, I thank you for taking the time to consider my story, my remorse, and my thoughts about this unfortunate situation I've caused. I have lost so much because of my actions, I threw away a dear loving best friend and partner in life. I lost my five cats who captured my heart these last six years. I have lost careers, dreams, accomplishments, and the potential to change lives with the opportunity and gifts god has given me. My name and reputation are ruined, and I have lost the public's trust. While for some that may seem punishment enough, I know it is a drop in the bucket to the pain, hurt, embarrassment and trauma I have caused very wonderful people who did not deserve what I did. I fear institutionalization that comes with a decades long sentence, then trying to reassimilate and reintegrate into society that has by then long past me by. I ask you to please consider these factors in my sentencing.

Thank you and I am deeply sorry you have to hear this case, but I appreciate you for your understanding.

Sincerely,
Joseph Brandon